**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| AMELIA MARQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NLP JANITORIAL, INC., et al.,<br><br>Defendants. | Case No. 16-cv-06089-BLF<br><br>**ORDER REQUESTING SUPPLEMENTAL DOCUMENTS**<br><br>[Re: ECF 78, 79] |

On November 12, 2018, Plaintiffs submitted an amended motion for default judgment in this case, which, among other things, corrected several calculations of requested damages. *See* ECF 79. The Court is still concerned that the damages calculations for minimum wage and overtime may be incorrect. Specifically, the "total wages paid" for each pay period in column 8 in Exhibits 1 and 2 to the Rice Declaration (ECF 79-2, 79-3) do not appear to mirror the weekly rates described in each of the Plaintiffs' declarations. For example, Plaintiff Reyes describes being paid a fixed fee of $360.60 (Reyes Decl. ¶ 7, ECF 79-21), but column 8 in Exhibit 2 lists his total wages paid per week as $376.62. Similarly, Plaintiff Marquez avers she was paid $369.08 per week from July 25, 2012 through March 2, 2013, but column 8 in Exhibit 2 lists her weekly total wages earned as $376.62 from the August 4, 2012 pay period through the February 2, 2013 pay period. These two examples are non-exhaustive. All other calculations in the exhibits besides total wages owed (column 9) appear to be correct. Plaintiffs are thus ORDERED to provide amended exhibits 1 and 2 to the Rice Declaration fixing these issues, along with a new declaration describing generally what changes, if any were made to the exhibits. If Plaintiffs believe the current exhibits are correct, they are directed to inform the Court how they determined that the weekly rates should vary from those contained in the declarations.

1    Plaintiffs are also ORDERED to provide the Court with a simple chart demonstrating how they calculated pre-judgment interest, making note if the calculated amounts differ from the pending motion based on any changes made to exhibits 1 and 2.

Finally, Plaintiffs are to provide, once again, a simple list of their final requested damages for each category of damages, as is currently included on pages 47–49 of their memorandum in support of their motion for default judgment.

The amended exhibits, declaration in support thereof, calculations of pre-judgment interest, and amended request for damages by category are due **on or before January 21, 2019.** Defendants will have until **January 28, 2019** to respond.  Should these documents calculate damages in amounts different than those included in the pending motion for default judgment, the Court will consider the motion amended to incorporate the newly requested amounts.

**IT IS SO ORDERED.**

Dated: January 7, 2019

_____
BETH LABSON FREEMAN
United States District Judge